UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED AMERICAN MUSLIM ASSOCIATION OF NEW YORK, INC., | : : : : |
| Plaintiff, | : : |
| v. | : Case No.: 2:19-cv-01991-WB |
| GREAT AMERICAN INSURANCE GROUP D/B/A GREAT AMERICAN INSURANCE COMPANY, | : : : : |
| Defendant. | : : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, United American Muslim Association of New York, Inc. and Great American Insurance Group d/b/a Great American Insurance Company, hereby stipulate and agree to DISMISS the above-captioned action and all claims therein WITH PREJUDICE and with each party to bear its own costs and attorneys' fees incurred in connection with the claims.

//

//

//

//

1

Dated:  October 2, 2019

        **GREAT AMERICAN INSURANCE COMPANY**

        /s/ Michael A. Graziano
        Michael A. Graziano (*pro hac vice*)
        ECKERT SEAMANS CHERIN & MELLOTT, LLC
        1717 Pennsylvania Avenue, N.W., Suite 1200
        Washington, D.C. 20006
        Tel:     (202) 659-6671
        Fax:    (202) 659-6699
        Email: mgraziano@eckertseamans.com

        Alexandra Rogin (PA Bar No.: 322018)
        ECKERT SEAMANS CHERIN & MELLOTT, LLC
        Two Liberty Place
        50 South 16th Street, 22nd Floor
        Philadelphia, PA 19102
        Tel:     (215) 851-8401
        Fax:    (215) 851-8383
        Email: arogin@eckertseamans.com

        *Counsel for Defendant*

        **UNITED AMERICAN MUSLIM ASSOCIATION OF NEW YORK, INC.**

        /s/ Steven C. Feinstein, Esquire   Attorney ID #48737
        Steven C. Feinstein, Esquire
        Feinstein Law Office
        107 Wayne Court
        West Chester, PA 19380
        Tel:       (610) 864-4854
        Email:    FeinsteinLawOffice@gmai.com

        /s/ Stan Shnayder, Esquire   Attorney ID #310913
        Stan Shnayder, Esquire
        Kats, Jamison & Associates
        1 Bustleton Pike
        Feasterville, PA 19053
        Tel:       (215) 396-9001
        Email;    sshnayder@mkats.com

        *Counsel for Plaintiff*